# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>GABRIEL RAMSEY<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 25-mj-2010DPR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   between 01/28/25 and 01/30/25   in the county of   Greene   in the
  Western   District of   Missouri  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(a) | See Attachment A |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Charles Rogener, Special Agent, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date:   01/31/2025

*Judge's signature*

City and state:   Jefferson City, Missouri      Willie J. Epps Jr., Chief U.S. Magistrate Judge
*Printed name and title*