# ATTACHMENT A

**CHARGE:**

Between January 28, 2025, and January 30, 2025, said dates being approximate, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **GABRIEL RAMSEY**, knowingly and willfully did transmit in interstate and foreign commerce a communication and the communication contained a threat to injure multiple individuals, in violation of Title 18, United States Code, Section 875(c).

**RANGE OF PUNISHMENT:**

18 U.S.C. §875(c)
NMT 5 Years Imprisonment
NMT $250,000 Fine
Class C Felony

$100 Mandatory Special Assessment