# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 25-mj-2010DPR ) |
| GABRIEL RAMSEY, | ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Comes now Paul R. Duchscherer, Assistant Federal Public Defender, and hereby enters his appearance as counsel on behalf of Defendant, Gabriel Ramsey, in the above-entitled cause of action.

    Respectfully submitted,

    */s/ Paul R. Duchscherer*
    **PAUL R. DUCHSCHERER, #51001**
    Assistant Federal Public Defender
    901 St. Louis Street, Suite 801
    Springfield, Missouri 65806
    (417) 873-9022
    Attorney for Defendant

February 4, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

<span style="text-align:right">*/s/ Paul R. Duchscherer*<br>**PAUL R. DUCHSCHERER**</span>